UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   RONALD W RHODES, Jr. )
) CASE NO. 09-33179-DHW-13
   Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes FORD MOTOR CREDIT COMPANY, by its attorneys, Chambless Math Carr, P.C., and objects to confirmation of the Debtor s proposed plan and in support thereof states as follows:

1. This creditor has filed a claim in the amount of $13,531.38 secured by one 2007 FORD F150.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the collateral at $11,000.00 whereas the NADA retail value is $19,300.00.

3. The plan fails to provide an appropriate adequate protection payment amount. The plan proposes to pay adequate protection payments at $100.00 per month. An appropriate adequate protection payment amount should be $193.00 or 1% of the value of the collateral.

WHEREFORE, FORD MOTOR CREDIT COMPANY, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                 FORD MOTOR CREDIT COMPANY

                                 By: /s/ Leonard N. Math

Of Counsel:
Chambless Math     Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this January 20, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Vonda S. McLeod
Shinbaum, Abell, McLeod & Vann
P.O. Box 201
Montgomery AL 36101

RONALD W RHODES, Jr.
108 ROBIN COURT
DEATSVILLE AL 36022

/s/ Leonard N. Math